# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1785

_____

JASON MORROW,

    Petitioner,

v.

FLORIDA DEPARTMENT OF
REVENUE, CHILD SUPPORT
PROGRAM,

    Respondent.

_____

Petition for Review of Non-Final Agency Action—Original
Jurisdiction.

October 21, 2025

PER CURIAM.

    DISMISSED for lack of jurisdiction.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jason Morrow, pro se, Petitioner.

James Uthmeier, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Respondent.